

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2018

No. 04-17-00648-CV

Rudolph **RESENDEZ** Jr.,
Appellant

v.

**STATE OF TEXAS,** Jesus M. Peralta, William Stephens, David Baker, Sylvia A. Cortez, and
Joe Penn,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 15-10-00236-CVK
Honorable H. Paul Canales, Judge Presiding

## O R D E R

Sitting:    Karen Angelini, Justice
          Marialyn Barnard, Justice
          Rebeca C. Martinez, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court